UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS GATNYANG CHAN, :
     Petitioner :
     :
    v. : CASE NO. 1:16-CV-2207
     :
MARY SABOL, Warden, *et al.*, :
     Respondents :

*O R D E R*

AND NOW, this 24th day of February, 2017, upon consideration of the report and recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 11), filed on January 26, 2017, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Magistrate Judge Saporito's report and recommendation is ADOPTED.

2. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge